# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANA LEE MCCART-POLLAK,

        Plaintiff,

vs.

EDWARD ETKIN, et al.,

        Defendants.

Case No. 2:17-cv-00042-RFB-CWH

**ORDER**

      Presently before the court is the parties' stipulated discovery plan and scheduling order (ECF No. 10), filed on March 29, 2017.

      The parties request a discovery period of 259 days from the date Defendants answered, rather than the standard 180-day discovery period. The parties do not state why special scheduling review is requested or explain why they will be unable to complete discovery within the standard 180-day period under Local Rule 26-1(b)(1). The court therefore finds the parties have not provided a sufficient explanation to warrant an extended discovery period under Local Rule 26-1(a).

      IT IS THEREFORE ORDERED that the parties' proposed discovery plan and scheduling order (ECF No. 10) is DENIED. The Clerk of Court is directed to enter the standard 180-day discovery plan, with dates measured from the date the Defendants answered as follows:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **August 14, 2017** |
| 2. | Motions to amend pleadings and add parties | **May 15, 2017** |
| 3. | Expert designations | **June 13, 2017** |
| 4. | Rebuttal expert designations | **July 13, 2017** |
| 5. | Interim status report | **June 13, 2017** |
| 6. | Dispositive motions | **September 11, 2017** |

1  IT IS FURTHER ORDERED that if no dispositive motions have been filed within the time frame specified in this order, then the parties must file proposed joint pretrial order by **October 11, 2017**.  If dispositive motions are filed, then the parties must file a proposed joint pretrial order within 30 days of the date the court enters a ruling on the dispositive motions.

DATED: April 7, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**