DANIEL T. HAYWARD
Nevada State Bar No. 5986
JAMES MURPHY
Nevada State Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Pkwy., Suite 430
Las Vegas, Nevada 89119
Tel. (702) 388-1551
Fax. (702) 388-1559
dhayward@laxalt-nomura.com
jmurphy@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and
Law Offices of Edward Etkin, Esq. PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE McCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ETKIN, an individual; LAW OFFICES OF EDWARD ETKIN, ESQ. PC a New York business entity; DOES I Through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00042-RFB-CWH |

### STIPULATION AND PROPOSED ORDER CLARIFYING DUE DATE FOR JOINT PRETRIAL ORDER

Plaintiff SHANA LEE McCART-POLLAK, in pro per, and Defendants EDWARD ETKIN and the LAW OFFICES OF EDWARD ETKIN, ESQ., PC, by and through their undersigned counsel, respectfully request that the Court enter a Minute Order clarifying the due date for the Joint Pretrial Order.

In the Court's Order entered April 7, 2017 (ECF No. 11), it set a dispositive motion deadline of September 11, 2017, and a proposed Joint Pretrial Order deadline of October 11, 2017, if dispositive motions were not filed within the specified time frame. If dispositive

motions were filed, the proposed Joint Pretrial Order was due 30 days after the Court entered a ruling on the dispositive motions. (*Id.*)

On August 11, 2017, the Court entered an Order Extending Discovery Cutoff Date and Dispositive Motion Deadline. (ECF No. 22.) In the Order, the Court set a new dispositive motion cutoff date of October 26, 2017. However, the Order is silent regarding the due date for the proposed Joint Pretrial Order.

The parties presume that when the Court extended the dispositive motion cutoff date to October 26, 2017, it also intended to extent the due date for the proposed Joint Pretrial Order to a date no later than 30 days after the October 26, 2017 date (if no dispositive motions have been filed by October 26, 2017), and that if dispositive motions are filed, then the parties must file a proposed joint pretrial order within 30 days of the date the court enters a ruling on the dispositive motions. These dates would logically follow from the dates originally set forth in ECF No. 11. The parties respectfully suggest that it would not further the interests of judicial economy to require that a proposed Joint Pretrial Order be filed *before* dispositive motions are filed and decided.

WHEREFORE, the parties stipulate and request that the Court clarify that the Joint Pretrial Order is due on Friday, November 24, 2017 (29 days after the October 26, 2017 dispositive motion due date set forth in ECF No. 22), and that if one or more dispositive motions are filed, the Joint Pretrial Order will be due 30 days after the date of the Court's Order deciding the last pending dispositive motion.

//

//

//

//

//

| | |
|---|---|
| DATED this 10th day of October, 2017. | DATED this 10th day of October, 2017. |
| LAXALT & NOMURA, LTD. | |
| _____<br>DANIEL T. HAYWARD<br>Nevada State Bar No. 5986<br>JAMES MURPHY<br>Nevada State Bar No. 8586<br>6720 Via Austi Pkwy., Suite 430<br>Las Vegas, Nevada 8911<br>Tel. (702) 388-1551<br>dhayward@laxalt-nomura.com<br>jmurphy@laxalt-nomura.com<br>Attorneys for Defendants<br>*Edward Etkin, and Law Offices of Edward Etkin, Esq. PC* | */s/ Shana McCart-Pollak*<br>SHANA McCART-POLLAK<br>524 Blanche Court<br>Henderson, Nevada 89052<br>Tel. (702) 439-2263<br>lotsoflovebuddies@yahoo.com<br>*Plaintiff in Pro Per* |

## ORDER

Based on the parties' stipulation and joint request, and good cause appearing, it is hereby ordered that the Court's August 11, 2017 Order (ECF No. 22) is clarified and amended as follows: the parties shall submit a Joint Pretrial Order on or before Friday, November 24, 2017 (29 days after the October 26, 2017 dispositive motion due date set forth in ECF No. 22). However, if one or more dispositive motions are filed, the Joint Pretrial Order will be due 30 days after the date of the Court's Order deciding the last pending dispositive motion.

IT IS SO ORDERED.

DATED this 11th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE