# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHANA LEE MCCART-POLLAK,

    Plaintiff,

vs.

EDWARD ETKIN,

    Defendant.

Case No. 2:17-cv-00042-RFB-CWH

**ORDER**

Presently before the court is Plaintiff Shana Lee McCart-Pollack's Request to Clarify Joint Pretrial Order Due Date (ECF No. 50), filed on October 13, 2017. Defendant Edward Etkin filed a response (ECF No. 51) on October 17, 2017. The court entered an order (ECF No. 47) stating that the joint pretrial order is due on November 24, 2017, or thirty days after the court's order deciding the last pending dispositive motion. Thus, Plaintiff's request for clarification is moot.

Also before the court is Plaintiff's request for a hearing (ECF No. 53), filed on October 20, 2017. Defendant did not file a response. Plaintiff requests that the court set a hearing on her motion to compel (ECF No. 32) and her motion for sanctions (ECF No. 41). A hearing on those motions, and various other pending motions, is set for December 8, 2017, at 9:00 a.m. in Courtroom 3C. (Min. Order (ECF No. 58).) Thus, Plaintiff's request for a hearing is moot.

IT IS THEREFORE ORDERED that Plaintiff Shana Lee McCart-Pollack's Request to Clarify Joint Pretrial Order Due Date (ECF No. 50) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's request for a hearing (ECF No. 53) is DENIED as moot.

DATED: November 7, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge