DANIEL T. HAYWARD
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD ETKIN, an individual; LAW OFFICES OF EDWARD ETKIN, ESQ. PC a New York business entity; DOES I Through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>             Defendants. | Case No. 2:17-cv-00042-RFB-CWH |

**STIPULATION AND PROPOSED ORDER
RE: AMENDED SCHEDULING ORDER (ECF NO. 69)**

Plaintiff Shana Lee McCart-Pollak, in pro per, and Defendants Edward Etkin and the Law Offices of Edward Etkin, Esq. PC, by and through their undersigned counsel, hereby submit the following proposed amendment to the Amended Scheduling Order previously entered by this Court (ECF No. 69).

In the Amended Scheduling Order, it provides in relevant part as follows:

        a.    Plaintiff shall produce the text messages, voicemails, and emails identified by her pursuant to FRCP 26 and which are responsive to Defendants' requests for production on or before February 1, 2018. This may be done in cooperation with Holo, an IT vendor retained and paid for by Defendants. Plaintiff may produce the emails without the use of Holo's services if she is able.

      b.     Plaintiff shall produce the complete contents of the United States Patent and Trademark Office patent application file wrappers / file histories for the '099 and '458 applications on or before February 1, 2018.

(ECF No. 69, Amended Scheduling Order.)

The Court entered its Protective Order in this case on January 22, 2018 (ECF No. 75). Since then, Defendants have provided the Protective Order to Holo Discovery, and Holo returned a signed Exhibit A – Certification on January 29, 2018. Defendants' counsel is now in the process of securing Mr. Etkin's signatures on Holo's standard *Terms and Conditions* document, and an *Addendum* to that document to which Plaintiff and Defendants have agreed. There is not sufficient time between now and February 1, 2018 within which to coordinate a meeting between Plaintiff and Holo so that Holo may conduct the work necessary to download the responsive text messages, voicemails, and emails identified by Plaintiff pursuant to FRCP 26 and which are responsive to Defendants' requests for production.

Further, Plaintiff has requested, and Defendants have agreed, that Defendants will secure the signature of their expert, Bruce Dahl, Esq., on the Certification attached as Exhibit A to the Protective Order (ECF No.75) before Plaintiff produces the materials addressed by paragraph 1(b) of the Amended Scheduling Order (ECF No. 69). Defendants are still in the process of doing so.

Accordingly, the parties stipulate, and request the Court to order, that paragraph 1(a) of the Amended Scheduling Order be further amended to provide:

      a.     Plaintiff shall produce the text messages, voicemails, and emails identified by her pursuant to FRCP 26 and which are responsive to Defendants' requests for production on or before **March 1, 2018**. This may be done in cooperation with Holo, an IT vendor retained and paid for by Defendants. Plaintiff may produce the emails without the use of Holo's services if she is able.

      b.     Plaintiff shall produce the complete contents of the United States Patent and Trademark Office patent application file wrappers / file histories for the '099 and '458 applications on or before **March 1, 2018**.

//
//
//

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

WHEREFORE, Plaintiff and Defendants stipulate and request that the Court amend the Amended Scheduling Order (ECF No. 69) as set forth above.

DATED this 31st day of January, 2018.      DATED this 31st day of January, 2018.

LAXALT & NOMURA, LTD.

_____       /s/ Shana McCart-Pollak
DANIEL T. HAYWARD      SHANA McCART-POLLAK
Nevada State Bar No. 5986      524 Blanche Court
9600 Gateway Drive      Henderson, Nevada 89052
Reno, Nevada 89521      Tel. (702) 439-2263
Tel. (775) 322-1170      lotsoflovebuddies@yahoo.com
Fax (775) 322-1865      *Plaintiff in Pro Per*
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED February 1, 2018