DANIEL T. HAYWARD
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ETKIN, an individual; LAW OFFICES OF EDWARD ETKIN, ESQ. PC a New York business entity; DOES I Through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00042-RFB-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that attorney James Murphy is no longer associated with the firm of Laxalt & Nomura, Ltd. and, accordingly, will no longer be serving as counsel for Defendants Edward Etkin and Law Offices of Edward Etkin, Esq. PC in this matter.

DATED this 8th day of February, 2018.

LAXALT & NOMURA, LTD.

_____
DANIEL T. HAYWARD
Nevada State Bar No. 5986
9600 Gateway Drive
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

IT IS SO ORDERED.

DATED: February 9, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that on this date I caused a true and correct copy of the foregoing *NOTICE OF DISASSOCIATION OF COUNSEL* was filed electronically through the Court's CM/ECF electronic notice system to the attorneys associated with this case.

I further certify that on this date I caused a true and correct copy of the foregoing document to be deposited in the United States mail, first-class postage pre-paid, addressed as follows to the *Plaintiff in Proper Person:*

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052

DATED this 8th day of February, 2018.

_____
KATHIE MARTIN