# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHANA LEE MCCART-POLLAK

                  Plaintiff,

v.

EDWARD ETKIN, et al

                  Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00042-RFB-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant's motion for attorney's fees in the amount of $2,860.00.

|  |  |
|---|---|
| July 31, 2018 | DEBRA K. KEMPI |
| Date | Clerk |
|  | /s/ J. Matott |
|  | Deputy Clerk |