DANIEL T. HAYWARD
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ETKIN, an individual; LAW OFFICES OF EDWARD ETKIN, ESQ. PC a New York business entity; DOES I Through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00042-RFB-CWH |

**STIPULATION AND PROPOSED ORDER**
**RE: JOINT PRETRIAL ORDER DUE DATE (ECF NO. 69)**

Plaintiff Shana Lee McCart-Pollak, in pro per, and Defendants Edward Etkin and the Law Offices of Edward Etkin, Esq. PC, by and through their undersigned counsel, hereby submit the following proposed amendment to the Amended Scheduling Order previously entered by this Court (ECF No. 69).

The Amended Scheduling Order states as follows:

    **6.**     **Pretrial Order [LR II 26-1(b)(5)]:**

    The Joint Pretrial Order shall be filed 30 days after the Court files its decision on Defendants' Motion for Summary Judgment (ECF No. 55), together with any supplement thereto. All motions in limine shall be submitted with the Pretrial Order.

### 7. Fed.R.Civ.P. 26(a)(3) disclosures [LR II 26-1(b)(6)]:

The disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

(ECF No. 69, Amended Scheduling Order.) During the September 21, 2018 hearing regarding Defendants' Motion for Summary Judgment, the Court also stated that the Joint Pretrial Order would be due in 30 days. (ECF No. 87, at 27:13-20.) The first court day following the expiration of that 30-day period is Monday, October 22, 2018.

Following the September 21, 2018 hearing Plaintiff diligently pursued obtaining a copy of her invoices from the Holland & Hart law firm so that she could redact and produce them as discussed during the hearing. The person in the Holland & Hart accounting department with whom she was communicated was out of the office for a period of time, and thus Plaintiff was not able to obtain and produce those records until October 9, 2018. In the meanwhile, Plaintiff and Defendants were engaged in active settlement discussions which commenced after the September 21, 2018 hearing, which continued through the week of October 7 – 12, 2018. The parties were reluctant to embark on the expensive process of drafting the Joint Pretrial Order while attempting to resolve the case.

For these reasons, the parties respectfully jointly request that the Court extend the due date for the submission of the Joint Pretrial Order (which will include all Rule 26(a)(3) disclosures), and any motions in limine, to **Friday, November 9, 2018**, an extension of less than three weeks from the present due date.

//
//
//
//
//
//
//
//

WHEREFORE, Plaintiff and Defendants stipulate and request that the Court amend the Amended Scheduling Order (ECF No. 69) as set forth above.

DATED this 15th day of October, 2018.　　　　DATED this 15th day of October, 2018.

LAXALT & NOMURA, LTD.

/s/ Daniel T. Hayward
_____　　　　*Shana McCart-Pollak*
DANIEL T. HAYWARD　　　　　　　　　　　SHANA McCART-POLLAK
Nevada State Bar No. 5986　　　　　　　　　　524 Blanche Court
9790 Gateway Drive, Suite 200　　　　　　　　Henderson, Nevada 89052
Reno, Nevada 89521　　　　　　　　　　　　Tel. (702) 439-2263
Tel. (775) 322-1170　　　　　　　　　　　　　lotsoflovebuddies@yahoo.com
Fax (775) 322-1865　　　　　　　　　　　　　*Plaintiff in Pro Per*
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED October 18, 2018

LAXALT & NOMURA,
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

# CERTIFICATE OF SERVICE

Case Name: McCart-Pollak v Etkin et al

District Court Case No: 02:17-cv-00042-RFB-CWH

I, **Shana Lee McCart-Pollak**, declare as follows. I am over the age of 18 years:

My address is:  524 Blanche Court
Henderson, Nevada 89052
(702) 439-2263

On **October 16, 2018**, I served the foregoing document described as:

**STIPULATION AND PROPOSED ORDER RE; JOINT PRETRIAAL ORDER DUE DATE (ECF NO. 69)**

By placing a true and correct copy thereof in a sealed envelope, with postage, and deposited said envelope in the United States mail in Henderson, Nevada addressed to:

Laxalt and Nomura, LTD
9790 Gateway Drive, Suite 200
Reno, NV 89521
Attn: Dan Hayward

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 16, 2018_ at _Henderson, NV_
　　　　　　　　(date)　　　　　　　　　　(place of signing)

_Shana Lee McCart-Pollak_
Signature

_Shana Lee McCart-Pollak_
name

PLEADING TITLE - 1