DANIEL T. HAYWARD
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANA LEE MCCART-POLLAK,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD ETKIN, an individual; LAW OFFICES OF EDWARD ETKIN, ESQ. PC a New York business entity; DOES I Through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00042-RFB-CWH |

**STIPULATION / JOINT MOTION AND PROPOSED ORDER REGARDING DUE DATE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE (ECF NO. 91)**

Plaintiff Shana Lee McCart-Pollak, in pro per, and Defendants Edward Etkin and the Law Offices of Edward Etkin, Esq. PC, by and through their undersigned counsel, hereby stipulate, and jointly move the Court to order, that Plaintiff may have until and including **Tuesday, December 4, 2018** by which to file and serve her Opposition to Defendant's Motions in Limine (ECF No. 91).

On November 9, 2018 Defendants filed their Motions in Limine (ECF No. 91). Plaintiff has requested an extension of time until and including Tuesday, December 4, 2018 by which to respond to the Motions in Limine due to time constraints related to the Thanksgiving Holiday,

related holiday plans, and her daughter's birthday, as well as the length and scope of the Motions in Limine. Defendants have no objection to this request, and note that no trial date or pretrial conference has yet been scheduled.

WHEREFORE, the parties hereby stipulate, and jointly move the Court to order, that Plaintiff may have until and including **Tuesday, December 4, 2018** by which to file and serve her Opposition to Defendant's Motions in Limine (ECF No. 91).

DATED this 13th day of November, 2018.

LAXALT & NOMURA, LTD.

_____
DANIEL T. HAYWARD
Nevada State Bar No. 5986
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel. (775) 322-1170
Fax (775) 322-1865
dhayward@laxalt-nomura.com
Attorneys for Defendants
*Edward Etkin, and*
*Law Offices of Edward Etkin, Esq. PC*

DATED this 13th day of November, 2018.

*/s/ Shana McCart-Pollak*
SHANA McCART-POLLAK
524 Blanche Court
Henderson, Nevada 89052
Tel. (702) 439-2263
lotsoflovebuddies@yahoo.com
*Plaintiff in Pro Per*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 19th day of November, 2018.