1   Daniel T. Hayward, Esq.
    Nevada State Bar No. 5986
2   BRADLEY, DRENDEL & JEANNEY, LTD.
    P.O. Box 1987
3   Reno, NV 89505
    Telephone No. (775) 335-9999
4   Facsimile No. (775) 335-9993
    *Attorneys for Defendants*
5   *Edward Etkin, and*
    *Law Offices of Edward Etkin, Esq. PC*
6

7

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                                    Case No. 2:17-cv-00042-RFB-CWH
    SHANA LEE MCCART-POLLAK,
12
                   Plaintiff,
13
    v.
14
    EDWARD ETKIN, an individually; LAW
15  OFFICES OF EDWARD ETKIN, ESQ.,
    P.C. a New York business entity; DOES I
16  through X; ROE BUSINESS ENTITIES I
    through X, inclusive,
17
                   Defendants.
18  _____/

19       **JOINT RESPONSE TO MINUTE ORDER DATED
         SEPTEMBER 28, 2019 RE: PROPOSED TRIAL DATES**
20
         Plaintiff SHANA LEE McCART-POLLAK, in pro per, and Defendants EDWARD ETKIN
21
    and LAW OFFICES OF EDWARD ETKIN, ESQ. PC (collectively referred to as "Etkin"), by and
22
    through their counsel, Daniel T. Hayward, Esq., of the law offices of Bradley, Drendel & Jeanney,
23
    Ltd., hereby submit the following Joint Response to the Court's Minute Order dated September 28,
24
    2019, in which the Court requested that the parties propose three additional trial dates.
25
         Counsel have met and herewith submit a list of three (3) agreed-upon trial dates.  It is
26
    expressly understood by the undersigned that the Clerk will set the trial of this matter on one of the
27
    agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.
28

LAW OFFICE OF                                          -1-
BRADLEY,
DRENDEL
& JEANNEY        Our File No. 204373
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

1.   February 17, 2020;

2.   February 24, 2020;

3.   March 2, 2020;

It is estimated that the trial herein will take six (6) days. This is a trial by jury. The parties do not consent to trial by a Magistrate.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

SHANA LEE McCART-POLLAK                    BRADLEY, DRENDEL & JEANNEY

/s/ Shana Lee McCart-Pollak

_____           _____
                                           DANIEL T. HAYWARD (NSBN 5986)
524 Blanche Court                          6900 South McCarran Blvd., Ste. 2000
Henderson, Nevada 89052                    Reno, Nevada 89509
(702) 439-2263                             Telephone (775) 335-9999
*Plaintiff in Pro Per*                     Facsimile (775) 335-9993
                                           *Attorneys for Defendants*

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204373

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of BRADLEY, DRENDEL &

JEANNEY, and that on this date, I served a true and correct copy of the foregoing on the party(s)

set forth below by:

\_\_\_\_\_  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

\_\_\_\_\_  Personal Delivery

\_\_\_\_\_  Facsimile

\_\_\_\_\_  E-mail

\_\_\_\_\_  Federal Express/Airborne Express/Other Overnight Delivery

\_\_\_\_\_  Reno-Carson Messenger Service

✓  All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

Shana Lee McCart-Pollak
524 Blanche Court
Henderson, Nevada 89052
***Plaintiff in Pro Per***

DATED this \_\_\_\_ 4th day of October 2019.

Erika Gentile

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-3-

Our File No. 204373